UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS, | No. 2:21-cv-1458 AC P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY JAIL, | |
| Defendant. | |

      Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a second request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2, 6. The certificate portion of the new application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be given a final opportunity to submit a fully completed application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of Court shall provide plaintiff with another copy of the in forma pauperis application used by this court, and

////

////

////

1

2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE