UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY JAIL,<br><br>    Defendant. | No.  2:21-cv-1458 KJM AC P<br><br><br>ORDER |

      Plaintiff, a former county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 29, 2021, plaintiff filed an Application to Proceed In Forma Pauperis By A Prisoner.  ECF No. 10.  Because plaintiff is no longer incarcerated, the application is improperly filed and will be denied.

      In order to proceed in forma pauperis, plaintiff must fill out an in forma pauperis application for non-prisoners and file it with the court.  Therefore, plaintiff will be sent the proper form, and she will be given thirty days to complete and file it.

      In addition, the court notes that plaintiff has not filed a change of address form.  A party appearing in propria persona must keep the court and opposing parties advised as to his or her current address.  See Local Rule 183(b).  As a result, plaintiff will be required to complete and

return a document that informs the court of plaintiff's new mailing address.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis filed August 29, 2021 (ECF No. 10), is DENIED as improperly filed;

2. The Clerk of Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By A Non-Prisoner form, and

3. Within thirty days of the date of this order, plaintiff shall:

    a. Complete and file the in forma pauperis application, and

    b. File a document which formally notifies the court of plaintiff's change of address.

Plaintiff is warned that failure to timely comply with this order may result in a recommendation that this action be dismissed.

DATED: November 16, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE