UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SPEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY JAIL,<br><br>    Defendant. | No.  2:21-cv-1458 KJM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

     By an order issued November 16, 2021, Plaintiff was ordered to file a completed in forma pauperis affidavit by a non-prisoner and a notice of her change of address, and to do so within thirty days.  See ECF No. 11.  At that time, Plaintiff was cautioned that failure to timely comply with the Court's order might result in a recommendation that this action be dismissed.  See id. at 2.  The thirty-day period has now expired, and Plaintiff has not responded to the court's order, nor has she filed the required documents.

     IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 13, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE