1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAUREN SPEARS,                         No.  2:21-cv-1458 KJM AC P

12              Plaintiff,

13        v.                                FINDINGS AND RECOMMENDATIONS

14   EL DORADO COUNTY JAIL,

15              Defendant.

16

17        On April 19, 2022, plaintiff was directed to file either an amended complaint on the

18   court's civil rights complaint by a non-prisoner form, or a document indicating that she wished to

19   voluntarily dismiss this action.  ECF No. 15.  A copy of the court's non-prisoner civil rights

20   complaint form was sent to plaintiff, and she was given thirty days to comply with the court's

21   order.  Id. at 2.  More than thirty days from that date have now passed, and plaintiff has neither

22   filed an amended complaint, nor responded to the court's order in any way.

23        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice for failure to prosecute.  See Local Rule 110; Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

                                              1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE